# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

January 20, 2012

BY CM/ECF
Honorable Joel A. Pisano, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: Depomed Inc. et al. v. Sun Pharma Global Fze et al.
> Docket No.: 3:11-cv-03553 (JAP) (TJB)

Dear Judge Pisano:

This Firm, along with Kramer Levin Naftalis & Frankel LLP, represents plaintiffs Depomed, Inc. and Valeant International (Barbados) SRL in the above matter. In accordance with Local Patent Rule 4.3, enclosed on behalf of all parties are a Joint Claim Construction Chart and Prehearing Statement, with Exhibits A and B thereto.

We thank Your Honor for his consideration of this matter.

Respectfully submitted,

*Leda Dunn Wettre*

Leda Dunn Wettre

LDW/rs
Enclosures
cc:   All Counsel of Record (w/encls.) (by CM/ECF)