**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DEPOMED INC., ET AL., | | Hon. Joel A. Pisano, |
| Plaintiff(s), | x | U.S.D.J. |
| | x | |
| | | **ORDER** |
| SUN PHARMA GLOBAL FZE, ET AL., | | |
| Defendant(s), | x | Civil Action No.11-3553(JAP) |
| | x | |

It appearing that it has been reported to the Court that the above captioned action has been settled in its entirety;

IT IS on this 30th day of January, 2013,

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the above paragraph or pursuant to the provisions of Fed.R.Civ.P. 60 (b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between all parties (**cross claimants, counter claimants, third-party plaintiffs/defendants); also any pending motions are dismissed as moot.**

s/Joel A. Pisano, U.S.D.J.
Joel A. Pisano, U.S.D.J.